**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 13-cr-00234-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  ARMANDO PAZ-ROJAS,

      Defendant.

_____

**ORDER SETTING RESCHEDULED CHANGE OF PLEA HEARING**
_____

A Change of Plea Hearing is set for **August 26, 2013, at 10:00 a.m.** Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: (Moore_Chambers@cod.uscourts.gov) and to the Probation Department not later than 48 hours before the change of plea hearing.  *See* D.C.COLO.LCrR 11.1C.  On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance.  *See* D.C.COLO.LCrR 11.1F.

The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty.

The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

DATED: July 31, 2013.

                                                BY THE COURT:

                                                _____
                                                RAYMOND P. MOORE
                                                United States District Judge