# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Nick Richards | Date: November 26, 2013 |
| Court Reporter: Tammy Hoffschildt | Interpreter: n/a |
| Probation Officer: Katrina Devine | |

**CASE NO.** 13-cr-00234-RM

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | David Alan Tonini |
| Plaintiff, | |
| vs. | |
| 1. ARMANDO PAZ-ROJAS, | Robert William Pepin |
| Defendant. | |

## COURTROOM MINUTES

**SENTENCING HEARING**
**COURT IN SESSION: 9:00 a.m.**
Appearances of counsel. Defendant is present and in custody.

Defendant entered his plea on September 10, 2013 to Count 1 of the Indictment. The Court accepts the Plea Agreement entered at that time.

**ORDERED**: Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G § 3E1.1(b) [Doc. No. 30, filed November 20, 2013] is **GRANTED**.

Discussion regarding guideline calculations.

Discussion regarding Defendant's Motion for Variant Sentence [Doc. No. 31, filed November 25, 2013].

**ORDERED**: Defendant's Motion for Variant Sentence [31] is **DENIED** as stated on the record.

The government addresses the Court regarding sentencing.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant address the Court regarding sentencing.

Mr. Pepin maintains objection to the 16-level increase as to the finding concerning a crime of violence.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that defendant, Armando Paz-Rojas, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **24 months**.

**ORDERED:** No term of supervised release is imposed.

**ORDERED:** Defendant is advised that if he enters or remains in the United States illegally, possesses a firearm, or illegally possesses a controlled substance, he would be subject to further federal prosecution.

**ORDERED:** Defendant shall pay a special assessment fee of $100.00, which is due and payable immediately.

**ORDERED:** No fine is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess: 10:11 a.m.**
**Total time: 01:11**
**Hearing concluded.**